| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KAREN A. ESCOBAR<br>Assistant United States Attorney |
| 3 | 2500 Tulare St., Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4575 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KIMXAY SIRIBOUNTHONG,<br><br>　　　　　　　Defendant. | CASE NO. Cr 1:12-cr-00325 AWI-BAM<br><br>STIPULATION REGARDING TIME CHANGE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, May 13, 2013, at 1:00 p.m. before the Honorable U.S. Magistrate Judge Barbara A. McAuliffe.

2. By this stipulation, defendant now moves to set the matter for a change of plea on May 13 at 10:00 a.m. before the Honorable Senior U.S. District Judge Anthony W. Ishii.

////

////

////

////

1

IT IS SO STIPULATED.

DATED: May 2, 2013.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: May 2, 2013.

/s/ Dale Blickenstaff
DALE BLICKENSTAFF
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: May 2, 2013

_____
SENIOR DISTRICT JUDGE