HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BOUNSEUTH THOURAKHONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-00325 AWI-BAM-1 |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON |
| v. | ) ) | |
| BOUNSEUTH THOURAKHONE, | ) ) | Date : July 8, 2013 Time: 10:00 a.m. |
| Defendant. | ) ) | Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the sentencing hearing in the above-referenced matter now scheduled for July 1, 2013, **may be continued to July 8, 2013, at 10:00 a.m.**

The reason for this request is the unavailability of defense counsel at the date and time currently set. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney, Karen Escobar, has no objection to this request.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Because this is a sentencing hearing, no exclusion of time is necessary.

BENJAMIN B. WAGNER
United States Attorney

DATED: June 26, 2013

/s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: June 26, 2013

/s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
BOUNSEUTH THOURAKHONE

**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing in the above-captioned matter is hereby continued to July 8, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 29, 2013

SENIOR DISTRICT JUDGE