1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant United States Attorney
3 | 2500 Tulare St., Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr 1:12-cr-00325 AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| BOUNSEUTH THOURAKHONE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, July 29, 2013, at 10:00 a.m. before the Honorable Senior U.S. District Judge Anthony W. Ishii.

2. By this stipulation, the parties agree to continue sentencing to September 30, 2013, at 10 a.m. in order to effectuate the terms of the plea agreement.

////

////

////

////

1

IT IS SO STIPULATED.

DATED: July 25, 2013.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 25, 2013.

/s/ Marc Days
MARC DAYS
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: July 25, 2013

_____
SENIOR DISTRICT JUDGE